UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

| | | |
|---|---|---|
| In re | : | CHAPTER 7 |
| MICHAEL S. GOLDBERG, LLC | : | CASE NO.  09-23370 (ASD) |
| MICHAEL S. GOLDBERG, | : | 09-23371 (ASD) |
| Debtors. | : | (Jointly Administered) |
| | : | ADV. PRO. NO. 10-02126 |
| JAMES BERMAN, Chapter 7 Trustee for | : | |
| MICHAEL S. GOLDBERG, LLC, and MICHAEL S. GOLDBERG, | : | |
| Plaintiff | : | |
| v. | | |
| JUDITH GLUCK MICHAEL S. GOLDBERG, LLC, and MICHAEL S. GOLDBERG, | : | |
| Defendants | : | OCTOBER 1, 2010 |

## ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND

Defendant Judith Gluck ("Defendant") hereby responds to Plaintiff's Complaint dated July 21, 2010 as follows:

### Factual Background As To All Defendants And All Counts

1.     Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 1 of the Complaint and therefore leaves the Plaintiff to his proof.

2. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 2 of the Complaint and therefore leaves the Plaintiff to his proof.

3. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 3 of the Complaint and therefore leaves the Plaintiff to his proof.

4. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 4 of the Complaint and therefore leaves the Plaintiff to his proof.

5. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 5 of the Complaint and therefore leaves the Plaintiff to his proof.

6. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 6 of the Complaint and therefore leaves the Plaintiff to his proof.

7. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 7 of the Complaint and therefore leaves the Plaintiff to his proof.

8. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 8 of the Complaint and therefore leaves the Plaintiff to his proof.

9.  Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 9 of the Complaint and therefore leaves the Plaintiff to his proof.

10. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 10 of the Complaint and therefore leaves the Plaintiff to his proof.

11. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 11 of the Complaint and therefore leaves the Plaintiff to his proof.

12. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 12 of the Complaint and therefore leaves the Plaintiff to his proof.

13. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 13 of the Complaint and therefore leaves the Plaintiff to his proof.

14. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 14 of the Complaint and therefore leaves the Plaintiff to his proof.

15. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 15 of the Complaint and therefore leaves the Plaintiff to his proof.

16. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 16 of the Complaint and therefore leaves the Plaintiff to his proof.

17. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 17 of the Complaint and therefore leaves the Plaintiff to his proof.

18. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 18 of the Complaint and therefore leaves the Plaintiff to his proof.

19. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 19 of the Complaint and therefore leaves the Plaintiff to his proof.

## Jurisdiction, Venue And Nature Of This Proceeding

20. Defendant admits the allegations contained in paragraph 20 of the Complaint.

21. Defendant admits the allegations contained in paragraph 21 of the Complaint.

22. Defendant admits the allegations contained in paragraph 22 of the Complaint.

23. Defendant admits the allegations contained in paragraph 23 of the Complaint.

24. Defendant admits the allegations regarding § § 544 and 550 of the United States Bankruptcy Code contained in paragraph 24 of the Complaint, but denies Plaintiff is entitled to the relief requested.

25. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 25 of the Complaint and therefore leaves the Plaintiff to his proof.

26. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 26 of the Complaint and therefore leaves the Plaintiff to his proof.

27. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 27 of the Complaint and therefore leaves the Plaintiff to his proof.

## **Parties**

28. Defendant admits the allegations contained in paragraph 28 of the Complaint.

29. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 29 of the Complaint and therefore leaves the Plaintiff to his proof.

30. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 30 of the Complaint and therefore leaves the Plaintiff to his proof.

31. Defendant denies the allegations contained in paragraph 31 of the Complaint.

32. Defendant denies she was an investor with Debtor LLC. As to the remainder of the allegations contained in paragraph 32, Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations and therefore leaves Plaintiff to his proof.

33. Defendant admits she invested approximately $5,000.00 with Mr. Goldberg and that she received transfers; however, Defendant is without knowledge and information sufficient to form a belief as to the truth of the remainder of the allegations contained in paragraph 33 of the Complaint and therefore leaves Plaintiff to his proof.

### First Claim For Relief
**(UFTA Intentional Fraudulent Transfer Against Gluck and the Debtors)**
**11 U.S.C. § 544(b)(1) and Conn. Gen. Stat. § 52-552e(a)(1)**

39. Defendant repeats and re-alleges its responses to the allegations contained in paragraphs 1-33 of the Complaint as if fully set forth herein.

40. Defendant admits that she received transfers but has insufficient knowledge or information as to the remainder of the allegations contained in paragraph 40 of the Complaint.

41. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 41 of the Complaint and therefore leaves the Plaintiff to his proof.

42. Defendant denies the allegations contained in paragraph 42 of the Complaint.

43. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 43 of the Complaint and therefore leaves the Plaintiff to his proof.

44. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 44 of the Complaint and therefore leaves the Plaintiff to his proof.

45. Defendant denies the allegations contained in paragraph 45 of the Complaint.

**<u>Second Claim For Relief</u>**
**(UFTA Constructive Fraudulent Transfer Against Gluck)**
**Conn. Gen. Stat. § 52-552e(a)(2) and 52-552f(a)**

46. Defendant repeats and re-alleges its responses to the allegations contained in paragraphs 1-45 of the Complaint as if fully set forth herein.

47. Defendant denies the allegations contained in paragraph 47 of the Complaint.

48. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 48 of the Complaint and therefore leaves the Plaintiff to his proof.

49. Defendant denies the allegations contained in paragraph 49 of the Complaint.

50. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 50 of the Complaint and therefore leaves the Plaintiff to his proof.

51. Defendant denies the allegations contained in paragraph 51 of the Complaint.

### Third Claim For Relief
**(UFTA Intentional Fraudulent Transfer Against Gluck)**
**11 U.S.C. § 544(b)(1), Conn. Gen. Stat. § 52-552e(a)(1)**

52. Defendant repeats and re-alleges its responses to the allegations contained in paragraphs 1-51 of the Complaint as if fully set forth herein.

53. Defendant admits that she received transfers but has insufficient knowledge or information as to the remainder of the allegations contained in paragraph 53 of the Complaint.

54. Defendant admits the allegations contained in paragraph 54 of the Complaint.

55. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 55 of the Complaint and therefore leaves the Plaintiff to his proof.

56. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 56 of the Complaint and therefore leaves the Plaintiff to his proof.

57. Defendant denies the allegations contained in paragraph 57 of the Complaint.

58. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 58 of the Complaint and therefore leaves the Plaintiff to his proof.

59. Defendant is without knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 59 of the Complaint and therefore leaves the Plaintiff to his proof.

60. Defendant denies the allegations contained in paragraph 60 of the Complaint.

### Fourth Claim For Relief
### (Claims Disallowance Against Gluck)
### Pursuant to 11 U.S.C. § 502(d)

61. Defendant repeats and re-alleges its responses to the allegations in paragraphs 1-60 of the Complaint as if fully set forth herein.

62. Defendant denies the allegations contained in paragraph 62 of the Complaint.

63. Defendant denies the allegations contained in paragraph 63 of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff is barred from recovering transfers made to the Defendant by the four (4) year statute of limitations contained in Conn. Gen. Stat. § 52-552j.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of laches.

## **FOURTH AFFIRMATIVE DEFENSE**

Defendant accepted the transfers for reasonably equivalent value and in good faith.  Conn. Gen. Stat. § 52-552(i)(a).

## **FIFTH AFFIRMATIVE DEFENSE**

Defendant is a good-faith transferee and is entitled to a reduction in the amount of the liability on the judgment and other relief.  Conn. Gen. Stat. § 52-552(i)(d).

## **SIXTH AFFIRMATIVE DEFENSE**

Defendant is entitled to recoup or set off the amount of money invested and losses incurred.

Defendant reserves the right to assert additional affirmative defenses.

## **REQUEST FOR JURY**

Defendant requests trial by jury on all issues so triable.

2059687v1

WHEREFORE, Defendant requests that this Court:

1. enter judgment in her favor and deny the Plaintiff the relief requested;

2. dismiss the Complaint;

3. grant Defendant her costs; and

4. grant such other and further relief as this Court deems just and equitable.

                DEFENDANT – JUDITH GLUCK

                /s/ Meredith C. Burns
                Robert A. White – ct08277
                Meredith C. Burns – ct27544
                rwhite@murthalaw.com
                mcburns@murthalaw.com

                Murtha Cullina LLP
                CityPlace I - 185 Asylum Street
                Hartford, Connecticut  06103
                Telephone:  (860) 240-6000
                Facsimile:  (860) 240-6150